Stacker v. Guiterman.

JOSIE H. STACKER, Respondent, v. SAMUEL GUITERMAN
*et al.*, Appellants.

St. Louis Court of Appeals, January 15, 1895.

The evidence is considered and *held* sufficient to sustain the verdict.

*Appeal from the St. Louis City Circuit Court.*—HON.
LEROY B. VALLIANT, Judge.

AFFIRMED.

*H. M. Dalton* for appellants.

*John W. Kerr* for respondent.

BOND, J.—This suit was begun before a justice
for the balance of purchase money alleged to be due
on the rescission of a contract for the sale of certain
household goods. There was a trial before the justice
and a judgment for plaintiff, from which defendant
appealed to the circuit court, where plaintiff had judg-
ment for $44.65, from which an appeal was taken to
this court. On the trial it was admitted that plaintiff
paid $75 to defendant on account of a purchase of
household furniture, and that, when the goods were
delivered, plaintiff objected to receiving them on the
ground that they were not those for which she had
contracted, but were inferior and unsuitable. The
next morning plaintiff called on defendant, when it
was agreed that a rescission of the trade should be
had—according to plaintiff's testimony upon the pay-
ment to her of $75, less the cost of hauling the goods
and bridge toll, while, according to defendant's testi-
mony, he was entitled to retain all the expenses of

preparing the goods, as well as those conceded by plaintiff.

The court instructed the jury in strict accordance with the issue thus presented. No exception was taken to this instruction, nor were any exceptions preserved on the trial. There was ample evidence to sustain the theory of the case submitted to the jury. We must, therefore, overrule the assignment in this court that the verdict is unsupported by the evidence.

The judgment will therefore be affirmed. All concur.